Irving A. GELB, Plaintiff–Appellant,

v.

The BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Weyman A. Carey, Commissioner, Michael J. Cilmi, Commissioner, Michael L. Cohen, Commissioner, Ronald J. D'Angelo, Commissioner, Douglas A. Kellner, Commissioner, Crystal N. Paris, Commissioner, Gertrude Strohm, Commissioner, Frederic M. Umane, Commissioner, Vincent J. Velella, Commissioner, Stephen H. Weiner, Commissioner, Daniel DeFrancesco, Executive Director, Margaret Ognibene, Deputy Executive Director, Jon R. Del Giorno, Administrative Manager, Defendants–Appellees.

Docket No. 99–9369.

United States Court of Appeals, Second Circuit.

April 4, 2001.

Irving A. Gelb, Bronx, NY, pro se.

Kathleen Alberton, Assistant Corporation Counsel; Michael D. Hess, Corporation Counsel of the City of New York, on the brief, New York, NY, for appellees.

Present WALKER, Chief Judge, MINER, Circuit Judge, and

BUCHWALD, District Judge.* 

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the district court be and it hereby is VACATED, and the matter is REMANDED.

In light of the defendants' concession in the New York Court of Appeals that the question certified in our opinion filed August 22, 2000, 224 F.3d 149 (2d Cir.2000), should be answered in the affirmative and of the consequent rejection of the certified question by that court, the summary judgment entered in the district court is vacated, and the case is remanded for such further proceedings as the district court may deem necessary to determine whether the defendants engaged in " 'intentional or purposeful discrimination.' " *Gold v. Feinberg,* 101 F.3d 796, 800 (2d Cir.1996) (quoting *Powell v. Power,* 436 F.2d 84, 88 (2d Cir.1970)).